# United States District Court
## Northern District of New York

# JUDGMENT IN A CIVIL CASE

CASE NUMBER: 7:06-CV-54 (DNH)(GJD)

**M&I EQUIPMENT FINANCE COMPANY,**
formerly known as **M&I FIRST NATIONAL LEASING CORP.**

- v -

**LEWIS COUNTY DAIRY CORP., AHAVA FOOD CORP., and MOISE A. BANAYAN**

[ ]   Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[xx]  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's motions for summary judgment and to dismiss the defendants' counterclaims is GRANTED.  The plaintiff is entitled to damages against the defendants in the amount of $ 658,994.02, in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed on January 12, 2007.

January 12, 2007

_____
**DATE**

*Lawrence K. Baerman* (signature)
Clerk of Court

C. Mergenthaler
**(BY)  DEPUTY CLERK**

Entered and served on 1/12/07